UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LYNN NOELDNER, ANGELA TEARLE NOELDNER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES GOVERNMENT, et al.,<br><br>Defendants. | No. 2:19-cv-0775 KJM DB PS<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiffs Jonathan Noeldner and Angela Noeldner are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). By order signed April 7, 2020, plaintiffs' amended complaint was dismissed, and plaintiffs were granted leave to file a second amended complaint that cured the defects noted in that order. (ECF No. 7.) Plaintiffs were granted twenty-eight days from the date of that order to file the amended complaint and were specifically cautioned that the failure to respond to the court's order in a timely manner would result in a recommendation that this action be dismissed. (Id. at 5.) On August 5, 2020, plaintiffs were granted an additional twenty-eight days to file the second amended complaint. (ECF No. 11.) The twenty-eight-day period has expired, and plaintiffs have not responded to the court's order in any manner.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within thirty days after being served with these findings and recommendations, plaintiffs may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiffs are advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 1, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\noeldner0775.fta.f&rs