UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LYNN NOELDNER, ANGELA TEARLE NOELDNER, | No. 2:19-cv-0775 KJM DB PS |
| Plaintiffs, | ORDER |
| v. | |
| UNITED STATES GOVERNMENT, et al., | |
| Defendants. | |

Plaintiffs Jonathan Noeldner and Angela Noeldner are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On October 2, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and plaintiffs have not filed any objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

1

by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed October 2, 2020 (ECF No. 12) are adopted in full; and

      2. This action is dismissed without prejudice.

DATED: December 4, 2020.

      CHIEF UNITED STATES DISTRICT JUDGE

2